Roberto GARCIA–HERNANDEZ,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 01–56538.

D.C. No. CV–01–00211–
K CR–98–03224–K.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Roberto Garcia Hernandez appeals the district court's denial of his 28 U.S.C. § 2255 motion, challenging the 70–month sentence he received following his guilty-plea conviction for attempted re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 2253. We review de novo a district court's decision to deny a § 2255 petition. *United States v. Sanchez–Cervantes,* 282 F.3d 664, 666 (9th Cir.2002), and we affirm.

Garcia–Hernandez contends that the district court erred in denying his section 2255 motion because a prior aggravated felony conviction is an element of 8 U.S.C. § 1326 under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Because we do not apply *Apprendi* retroactively to cases on collateral review, Garcia–Hernandez's claim is barred. *See Sanchez–Cervantes,* 282 F.3d at 671; *see also United States v. Pacheco–Zepeda,* 234 F.3d 411, 413–15 (9th Cir.) (rejecting the merits of a similar challenge on direct appeal), *cert. denied,* 121 S.Ct. 1503 (2001).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.